

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 7, 2020

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> **APPLICATION GRANTED**
> **SO ORDERED**
> **VERNON S. BRODERICK**
> **U.S.D.J.** 8/10/2020
>
> A change of plea hearing is scheduled for August 17, 2020 at 10 a.m.

Re:   *United States v. David Vasquez*, 20 Cr. 59 (VSB)

Dear Judge Broderick:

      The Government writes to respectfully request that the Court schedule a change-of-plea hearing for defendant David Vasquez in the above-captioned case. The parties have conferred and are available at the Court's convenience the following dates/times:

| | |
|---|---|
| Thursday, August 13, 2020: | 12:00 p.m. - 5:00 p.m. |
| Monday, August 17, 2020: | 9:30 a.m. – 5:00 p.m. |
| Tuesday, August 18, 2020: | 9:30 a.m. – 5:00 p.m. |

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By: *[signature]*
Juliana N. Murray
Assistant United States Attorney
(212) 637-2314

cc:   Jonathan Marvinny, Esq. (via ECF)