# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 8, 2021

By ECF

Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon S. Broderick
**VERNON S. BRODERICK**
**U.S.D.J.** 1/11/2021

Defendant's surrender date is extended until March 26, 2021 before 2 p.m. at his designated facility.

Re:   **United States v. David Vasquez, 20 Cr. 59 (VSB)**

Dear Judge Broderick:

I write to respectfully request that the Court extend David Vasquez's voluntary surrender date (currently January 21, 2021) by 60 days. On November 20, 2020, this Court sentenced Mr. Vasquez to 84 months' imprisonment on his conviction for participating in a cocaine-distribution conspiracy under 21 U.S.C. §§ 846 and 841(b)(1)(B). The BOP has not yet designated him to a facility. And, as this Court knows, COVID-19 cases continue to spike, and remain a serious problem in our nation's jails and prisons. For these reasons, and in light of Mr. Vasquez's health problems (discussed in detail at sentencing), I respectfully request that the Court extend his voluntary surrender date by 60 days.

Thank you for your attention to this request.

Sincerely,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792

jonathan_marvinny@fd.org

cc:   Juliana N. Murray, Esq.
       Assistant United States Attorney