**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 11, 2021

By ECF

Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**APPLICATION GRANTED
SO ORDERED**
VERNON S. BRODERICK
U.S.D.J. 3/11/2021

**Re:   United States v. David Vasquez, 20 Cr. 59 (VSB)**

Dear Judge Broderick:

I write to respectfully request that the Court extend David Vasquez's voluntary surrender date (currently March 26, 2021) by 60 days. The Government consents to this request. This Court has granted one prior extension request.

On November 20, 2020, this Court sentenced Mr. Vasquez to 84 months' imprisonment on his conviction for participating in a cocaine-distribution conspiracy under 21 U.S.C. §§ 846 and 841(b)(1)(B). The BOP still has not designated him to a facility, meaning that, as things stand now, Mr. Vasquez would have to turn himself in to the MCC. As this Court knows, the MCC continues to have high COVID-19 case counts (87 positives as of late February). We hope that, after a 60-day extension, conditions will have improved substantially.

Thank you for your attention to this request.

Sincerely,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792

jonathan_marvinny@fd.org

cc:    Juliana N. Murray, Esq.
       Assistant United States Attorney