**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 26, 2022

By ECF

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York

APPLICATION GRANTED
SO ORDERED [signature]
VERNON S. BRODERICK
U.S.D.J.   3/30/2022

**Re: United States v. David Vasquez, 20 Cr. 59-04 (VSB)**

Dear Judge Broderick:

I write on behalf of my client, David Vasquez, to respectfully request that the Court order Pretrial Services to return his passport to him. **The Government consents to this request.** Mr. Vasquez had surrendered the passport as part of his bail conditions. On November 20, 2020, this Court sentenced Mr. Vasquez to 84 months' imprisonment; he is currently serving his sentence.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792

jonathan_marvinny@fd.org

SO ORDERED:

_____

**Hon. Vernon S. Broderick**
**U.S. District Judge**