UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- against -<br><br>DAVID VASQUEZ,<br><br>Defendant. | 20-CR-59-4 (VSB)<br><br>**ORDER** |

VERNON S. BRODERICK, United States District Judge:

On August 20, 2026, Defendant David Vasquez ("Defendant") submitted a motion requesting early termination of supervised release. (Doc. 211 ("Motion").) To date, the Government has not responded to Defendant's Motion. Accordingly, it is hereby:

ORDERED that the Government shall file any opposition no later than October 12, 2026. If the Government has not submitted an opposition to the Motion by that date, I will consider briefing on the Motion to be complete.

SO ORDERED.

Dated: September 25, 2026
New York, New York

Vernon Broderick

Vernon S. Broderick
United States District Judge